**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

KANARES DEANS,

                                    Plaintiff,                        9:24-cv-374 (BKS/TWD)

v.

C.O. GREEN, Corrections Officer,
Franklin Correctional Facility,

                                    Defendant.

_____

**Appearances:**

_Plaintiff Pro Se:_
Kanares Deans
21-A-0879
Adirondack Correctional Facility
Box 110
Ray Brook, NY 12977


_For Defendant:_
Letitia James
Attorney General for the State of New York
Elizabeth V. Lombardi
Assistant Attorney General
300 South State Street, Suite 300
Syracuse, NY 13202


**Hon. Brenda K. Sannes, Chief United States District Judge:**

**MEMORANDUM-DECISION AND ORDER**

        Plaintiff Kanares Deans commenced this action asserting claims under 42 U.S.C. § 1983

arising out of his incarceration at Franklin Correctional Facility. (Dkt. No. 1). On June 10, 2025,

Defendant filed a motion for summary judgment under Fed. R. Civ. P. 56(a) seeking to dismiss

the complaint arguing, inter alia, that Plaintiff failed to exhaust his administrative remedies.

(Dkt. No. 28). Plaintiff filed a response on August 7, 2025, and defendant filed a reply on August 21, 2025. (Dkt. No. 39, 42). This matter was assigned to United States Magistrate Judge Thérèse Wiley Dancks who, on December 8, 2025, issued a Report-Recommendation and Order recommending that Defendant's motion for summary judgment be granted based on Plaintiff's failure to exhaust his administrative remedies, and that Plaintiff's complaint be dismissed with prejudice. (Dkt. No. 43). Magistrate Judge Dancks advised the parties that under 28 U.S.C. § 636(b)(1), they had fourteen days within which to file written objections to the report and that the failure to object to the report within fourteen days would preclude appellate review. (Dkt. No. 43, at 15-16). No objections were filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation, (Dkt. No. 43), is **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendant's summary judgment (Dkt. 28) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED WITH PREJUDICE** based upon his failure to exhaust his administrative remedies; and it is further

**ORDERED** that the Clerk of the Court shall enter Judgment and close this case; and it is further

**ORDERED** that the Clerk serve a copy of this Order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: <u>January 26, 2026</u>
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge